# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MILLER BREWING COMPANY,

        Plaintiff,        Case No. 05-C-1307

    v.

MOLSON COORS BREWING COMPANY,
MOLSON INC., and MOLSON CANADA 2005,

        Defendants.

## OPINION AND ORDER

The Defendants in this breach of contract action have filed a motion to strike portions of the Complaint that they say are based upon settlement discussions. They have also moved for a more definite statement of the antitrust claims. See Federal Rule of Civil Procedure 12. Having reviewed the briefs and other documents submitted by the parties, the court ORDERS that the Defendants' "Motion to Strike and Motion for More Definite Statement" (filed February 8, 2006) IS DENIED. In regard to their motion to strike, the Defendants have not persuaded the court that either Canadian procedural law or Federal Rule of Evidence 408 applies to a pleading in this court. The request for a more definite statement is not being granted because the Complaint complies with notice pleading requirements. See Federal Rule of Civil Procedure 8.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 3rd day of April, 2006.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge