## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MILLER BREWING COMPANY and**
**MILLER PRODUCTS COMPANY,**

        Plaintiff,

    -vs-

**MOLSON COORS BREWING COMPANY**
**individually and as successor to Adolph Coors**
**Company, MOLSON, INC., and**
**MOLSON CANADA 2005, individually**
**and as successor to Molson Canada,**

        Defendants.

**Case No. 05-C-1307**

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation under Rule 41(a)(ii) of the Federal Rules of Civil Procedure, it is hereby ordered that this action is dismissed with prejudice with each party to bear its own costs.

The clerk is directed to withdraw Exhibit B to the declaration of Peter Amirault, dated February 7, 2006 (filed February 8, 2006 as part of ECF document no. 14), and which was permitted to be filed under seal by order of the court dated February 8, 2006 (ECF document no. 13), from the record and return same to defendants' counsel.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**